UNITED STATES COURT OF FEDERAL CLAIMS
BEFORE: HON. , JUDGE

FILED
DEC 13 2005
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONSOL ENERGY, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 05-128<br>**COMPLAINT** |

ORIGINAL

Plaintiff CONSOL Energy, Inc., by its attorneys, Baker & McKenzie LLP, brings this action against defendant, the United States, and for its complaint herein allege, on knowledge as to matters pertaining to itself, and on information and belief as to all other matters, as follows:

## NATURE OF THE ACTION

1. This is an action seeking damages in the amount of reclamation fees imposed and paid pursuant to 30 U.S.C. § 1232 (hereinafter the "Coal Reclamation Fee") in respect of coal sold for export from the United States, and seeking a declaratory judgment that the Coal Reclamation Fee statute is unconstitutional.

## PARTIES

2. Plaintiff in this action is a producer, seller and exporter of coal and is bringing this action for damages in the amount of Coal Reclamation Fee assessments paid in respect of coal sold for export from the United States, either by Plaintiff or by corporate affiliates or predecessors who have made such sales and assigned all claims to Plaintiff. Plaintiff has standing in this action because it has paid the Coal Reclamation Fee in respect of coal sold for export from the United States (or holds valid assignments in respect of such claims), which was

illegally assessed and collected in contravention of the United States Constitution. No such taxes have been passed on or included in export sales prices paid by any other entity.

## JURISDICTION

3. This Court possesses jurisdiction of this action under 28 U.S.C. § 1491(a)(1), as Plaintiff seeks damages under Article I, Section 9, Clause 5 of the United States Constitution (the "Export Clause"), for the imposition of Coal Reclamation Fees on coal sold for export from the United States in violation of the Constitution.

## FACTUAL ALLEGATIONS

4. The Export Clause provides that "No Tax or Duty shall be laid on Articles exported from any State." U.S. Const. art. 1, § 9, cl. 5.

5. In 1977 Congress enacted Pub. L. No. 95-87, 91 Stat. 445 (1977) to promote the reclamation of mined lands by establishing a special fund to be financed by reclamation the payments on coal produced by surface or underground mining. The tax, codified within the Surface Mining Control and Reclamation Act ("SMCRA") at 30 U.S.C. § 1232, as amended, reads in pertinent part as follows:

**§ 1232. Reclamation Fee**

> **(a) Payment; rate**
>
> All operators of coal mining operations subject to the provisions of this chapter shall pay to the Secretary of the Interior, for deposit in the fund, a reclamation fee of 35 cents per ton of coal produced by surface mining and 15 cent per ton of coal produced by underground mining or 10 per centum of the value of the coal at the mine, as determined by the Secretary, whichever is less, except that the reclamation fee for lignite of the coal at the mine, or 10 cents per ton, whichever is less.
>
> * * *
>
> 30 U.S.C. § 1232.

6. The bulk of the Coal Reclamation Fee imposed by the federal government is collected in respect to coal produced for domestic sale, and export sales of coal account for less than 10% of total U.S. sales of coal.

7. The Coal Reclamation Fee statute does not provide for an exemption for coal that is sold for export from the United States.

8. The Coal Reclamation Fee is imposed on coal produced for sale, transfer or use. 30 C.F.R. § 870.12(a).

9. The Coal Reclamation Fee is determined by the weight and value of the coal at the time of the initial bona fide sale, transfer of ownership, or use by the operator of the coal produced, which is defined as the first transaction or use of the coal by the operator immediately after the coal is severed. 30 C.F.R. § 870.12(b). Unless and until there is a sale, transfer of ownership, or use by the coal operator following severance of the coal, no liability to pay the Coal Reclamation Fee attaches.

10. In the case of coal sold for export, the Coal Reclamation Fee is determined by the weight and value of the coal at the time of such export sale.

11. Liability for the Coal Reclamation Fee on coal sold for export attaches at a time when the coal has entered the export stream and is bound for export. As such, the Coal Reclamation Fee imposed on coal sold for export is directly related to the export of such coal, imposes a direct tax burden on such exports, and is a tax on exported articles.

**CAUSE OF ACTION**

12. Paragraphs 1 through 11 are repeated with the same force and effect as if stated fully herein.

13. This Court has held that the Coal Reclamation Fee imposed under 30 U.S.C. § 1232 is a tax prohibited by the Export Clause, and is therefore unconstitutional as applied to exports from the United States. *See Consolidation Coal Co. v. United States*, 64 Fed. Cl. 718 (2005).

14. Plaintiff paid Coal Reclamation Fees on exports, which were unconstitutionally imposed and assessed on coal sold for export.

**REQUEST FOR JUDGMENT AND RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment and order against the United States, granting Plaintiff a declaration that the Coal Reclamation Fees laid against Plaintiff's coal produced and sold for export from the United States is an unconstitutional exaction of a tax on exports in violation of the Export Clause of the United States Constitution, and an award of damages in the amount of all Coal Reclamation Fee payments which were made by Plaintiff in connection with coal sold for export, together with appropriate interest, costs, and attorney's fees, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Steven H. Becker
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 626-4100

Attorneys for Plaintiff

Date: 12/9/05

Attachment

Rule 9(h)(6) Information for Plaintiff's Claim

# CONSOL ENERGY, INC.* Rule 9(h)(6) Statement

**Export Tons Before Excess Moisture Reduction**

| **Underground Export Tons** | **1st Q 1995** | **2nd Q 1995** | **3rd Q 1995** | **4th Q 1995** | **Total 1995** |
|---|---|---|---|---|---|
| Consolidation Coal Company | 1,290,971 | 1,483,911 | 1,499,041 | 1,707,902 | 5,981,825 |
| CONSOL Pennsylvania Coal Co | 1,454,697 | 1,307,790 | 1,367,997 | 2,024,805 | 6,155,289 |
| Island Creek Coal Company | 834,633 | 698,886 | 740,852 | 677,281 | 2,951,652 |
| Laurel Run Mining Co. | 277,692 | 335,425 | 343,385 | 595,460 | 1,551,962 |
| CONSOL of Kentucky | 119,802 | 273,366 | 89,497 | 34,204 | 516,869 |
| Total Exported Tons | 3,977,795 | 4,099,378 | 4,040,772 | 5,039,652 | 17,157,597 |
| $.15 Per ton | 596,669 | 614,907 | 606,116 | 755,948 | 2,573,640 |

| **Underground Export Tons** | **1st Q 1996** | **2nd Q 1996** | **3rd Q 1996** | **4th Q 1996** | **Total 1996** |
|---|---|---|---|---|---|
| Consolidation Coal Company | 1,028,710 | 1,109,742 | 1,239,351 | 1,736,377 | 5,114,180 |
| CONSOL Pennsylvania Coal Co | 1,417,413 | 1,434,945 | 1,328,289 | 1,461,072 | 5,641,719 |
| Island Creek Coal Company | 762,376 | 649,895 | 489,073 | 773,225 | 2,674,569 |
| Laurel Run Mining Co. | 189,743 | 158,725 | 152,882 | 135,044 | 636,394 |
| CONSOL of Kentucky | 72,887 | | 37,568 | 1,757 | 112,212 |
| McElroy Coal Company | | | | 5,742 | 5,742 |
| Quarto Mining Co. | | 9,058 | | 24,496 | 33,554 |
| Total Exported Tons | 3,471,129 | 3,362,365 | 3,247,163 | 4,137,713 | 14,218,370 |
| $.15 Per ton | 520,669 | 504,355 | 487,074 | 620,657 | 2,132,756 |

| **Underground Export Tons** | **1st Q 1997** | **2nd Q 1997** | **3rd Q 1997** | **4th Q 1997** | **Total 1997** |
|---|---|---|---|---|---|
| Consolidation Coal Company | 1,256,774 | 1,177,208 | 1,419,661 | 1,572,759 | 5,426,402 |
| CONSOL Pennsylvania Coal Co | 1,041,190 | 1,089,131 | 1,230,278 | 954,510 | 4,315,109 |
| Island Creek Coal Company | 444,249 | 341,000 | 382,326 | 561,899 | 1,729,474 |
| Laurel Run Mining Co. | 200,973 | 137,406 | 167,399 | 200,972 | 706,750 |
| CONSOL of Kentucky | 3,309 | | | 9,085 | 12,394 |
| Total Exported Tons | 2,946,495 | 2,744,745 | 3,199,664 | 3,299,225 | 12,190,129 |
| $.15 Per ton | 441,974 | 411,712 | 479,950 | 494,884 | 1,828,519 |

| **Underground Export Tons** | **1st Q 1998** | **2nd Q 1998** | **3rd Q 1998** | **4th Q 1998** | **Total 1998** |
|---|---|---|---|---|---|
| Consolidation Coal Company | 1,385,509 | 1,426,156 | 1,360,020 | 1,222,828 | 5,394,513 |
| CONSOL Pennsylvania Coal Co | 1,194,518 | 1,049,944 | 1,332,696 | 818,738 | 4,395,896 |
| Island Creek Coal Company | 624,803 | 247,940 | 391,808 | 472,288 | 1,736,839 |
| Laurel Run Mining Co. | 101,276 | 51,146 | 97,870 | 61,278 | 311,570 |
| McElroy Coal Company | 4,290 | | | 9,379 | 13,669 |
| Quarto Mining Co. | 5,598 | | | | 5,598 |
| Total Exported Tons | 3,315,994 | 2,775,186 | 3,182,394 | 2,584,511 | 11,858,085 |
| $.15 Per ton | 497,399 | 416,278 | 477,359 | 387,677 | 1,778,713 |

| Underground Export Tons | 1st Q 1999 | 2nd Q 1999 | 3rd Q 1999 | 4th Q 1999 | Total 1999 |
|---|---|---|---|---|---|
| Consolidation Coal Company | 1,282,516 | 1,168,906 | 1,175,311 | 1,246,036 | 4,872,769 |
| CONSOL Pennsylvania Coal Co | 1,088,098 | 990,554 | 1,245,290 | 902,456 | 4,226,398 |
| Island Creek Coal Company | 279,113 | 2,314 | 94,816 | 85,089 | 461,332 |
| Laurel Run Mining Co. | 28,458 | 36,632 | 9,342 | | 74,432 |
| Eighty Four Mining Company | 25,731 | 117,030 | 114,295 | 95,521 | 352,577 |
| McElroy Coal Company | | | | 64,658 | 64,658 |
| Total Exported Tons | 2,703,916 | 2,315,436 | 2,639,054 | 2,393,760 | 10,052,166 |
| $.15 Per ton | 405,587 | 347,315 | 395,858 | 359,064 | 1,507,825 |

| Underground Export Tons | 1st Q 2000 | 2nd Q 2000 | 3rd Q 2000 | 4th Q 2000 | Total 2000 |
|---|---|---|---|---|---|
| Consolidation Coal Company | 1,292,871 | 1,457,663 | 1,570,588 | 1,464,104 | 5,785,226 |
| CONSOL Pennsylvania Coal Co | 1,314,750 | 1,148,898 | 931,853 | 829,043 | 4,224,544 |
| Island Creek Coal Company | 184,521 | 133,213 | 101,337 | 89,422 | 508,493 |
| Eighty Four Mining Company | 167,019 | 117,334 | 29,584 | 14,871 | 328,808 |
| McElroy Coal Company | 4,246 | | 5,831 | | 10,077 |
| Total Exported Tons | 2,963,407 | 2,857,108 | 2,639,193 | 2,397,440 | 10,857,148 |
| $.15 Per ton | 444,511 | 428,566 | 395,879 | 359,616 | 1,628,572 |

| Underground Export Tons | 1st Q 2001 | 2nd Q 2001 | 3rd Q 2001 | 4th Q 2001 | Total 2001 |
|---|---|---|---|---|---|
| Consolidation Coal Company | 1,609,113 | 1,646,012 | 1,248,935 | 1,486,628 | 5,990,688 |
| CONSOL Pennsylvania Coal Co | 1,254,599 | 1,150,984 | 678,830 | 665,081 | 3,749,494 |
| Island Creek Coal Company | 154,382 | 91,199 | 88,534 | 120,865 | 454,980 |
| CONSOL of Kentucky | | 22,594 | 46,048 | 9,977 | 78,619 |
| Eighty Four Mining Company | 174 | | | | 174 |
| McElroy Coal Company | | | 10,614 | | 10,614 |
| Total Exported Tons | 3,018,268 | 2,910,789 | 2,072,961 | 2,282,551 | 10,284,569 |
| $.15 Per ton | 452,740 | 436,618 | 310,944 | 342,383 | 1,542,685 |

| Underground Export Tons | 1st Q 2002 | 2nd Q 2002 | 3rd Q 2002 | 4th Q 2002 | Total 2002 |
|---|---|---|---|---|---|
| Consolidation Coal Company | 924,085 | 790,861 | 901,660 | 963,577 | 3,580,183 |
| CONSOL Pennsylvania Coal Co | 1,153,413 | 1,551,874 | 939,912 | 694,105 | 4,339,304 |
| Island Creek Coal Company | 74,647 | 14,276 | 22,535 | 32,904 | 144,362 |
| CONSOL of Kentucky | 23,294 | 23,185 | 18,118 | 23,035 | 87,632 |
| Eighty Four Mining Company | 128,365 | 61,883 | 13,565 | | 203,813 |
| Total Exported Tons | 2,303,804 | 2,442,079 | 1,895,790 | 1,713,621 | 8,355,294 |
| $.15 Per ton | 345,571 | 366,312 | 284,369 | 257,043 | 1,253,294 |

| Underground Export Tons | 1st Q 2003 | 2nd Q 2003 | 3rd Q 2003 | 4th Q 2003 | Total 2003 |
|---|---|---|---|---|---|
| Consolidation Coal Company | 1,281,799 | 1,319,558 | 1,421,998 | 1,549,079 | 5,572,434 |
| CONSOL Pennsylvania Coal Co | 676,682 | 781,917 | 459,398 | 340,008 | 2,258,005 |
| Island Creek Coal Company | 114,836 | 35,739 | 28,415 | 84,806.00 | 263,796 |
| CONSOL of Kentucky | | 22,514 | | | 22,514 |
| Eighty Four Mining Company | 63,796 | 81,023 | 184,440 | 114,932 | 444,191 |
| Total Exported Tons | 2,137,113 | 2,240,751 | 2,094,251 | 2,088,825 | 8,560,940 |
| $.15 Per ton | 320,567 | 336,113 | 314,138 | 313,324 | 1,284,141 |

| **Underground Export Tons** | **1st Q 2004** | **2nd Q 2004** | **3rd Q 2004** | **4th Q 2004** | **Total 2004** |
|---|---|---|---|---|---|
| Consolidation Coal Company | 1,257,208 | 1,480,715 | 1,150,769 | 1,699,476 | 5,588,168 |
| CONSOL Pennsylvania Coal Co | 788,610 | 599,000 | 290,056 | 283,896 | 1,961,562 |
| Island Creek Coal Company | 21,894 | | 62,406 | 77,806 | 162,106 |
| CONSOL of Kentucky | | 22,693 | | 1,391 | 24,084 |
| Eighty Four Mining Company | 26,052 | 64,070 | 27,141 | 23,151 | 140,414 |
| Total Exported Tons | 2,093,764 | 2,166,478 | 1,530,372 | 2,085,720 | 7,876,334 |
| $.15 Per ton | 314,065 | 324,972 | 229,556 | 312,858 | 1,181,450 |

| **Underground Export Tons** | **1st Q 2005** | **2nd Q 2005** | **3rd Q 2005** | **4th Q 2005** | **Total 2005** |
|---|---|---|---|---|---|
| Consolidation Coal Company | 1,184,954 | 941,650 | 1,219,429 | | 3,346,033 |
| CONSOL Pennsylvania Coal Co | 149,261 | 121,379 | 101,520 | | 372,160 |
| Island Creek Coal Company | 241,478 | 250,900 | 48,314 | | 540,692 |
| CONSOL of Kentucky | 23,083 | 0 | 0 | | 23,083 |
| Eighty Four Mining Company | 24,894 | 0 | 0 | | 24,894 |
| McElroy Coal Company | 10,689 | 0 | 0 | | 10,689 |
| Total Exported Tons | 1,634,359 | 1,313,929 | 1,369,263 | 0 | 4,317,551 |
| $.15 Per ton | 245,154 | 197,089 | 205,389 | 0 | 647,633 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Tons** | **33,512,539** | **31,972,989** | **31,110,541** | **31,322,243** | **127,918,312** |
| **@ $.15 Per Ton** | **5,026,881** | **4,795,948** | **4,666,581** | **4,698,336** | **19,187,747** |

*Plaintiff CONSOL Energy Inc. pays reclamation fees for the companies listed in the first column.