# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

CONSOL Energy, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Steven H. Becker, Esq.

Firm Name: Baker & McKenzie LLP

Post Office Box:

Street Address: 1114 Avenue of the Americas

City-State-Zip: New York, New York 10036

Telephone & Facsimile Numbers: (212) 626-4834 & (212) 310-1602

E-mail address: steven.h.becker@bakernet.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: ~~2~~ ~~2~~ ~~6~~ 5 2 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Plaintiffs seek damages in the amount of reclamation fees (30 U.S.C. §1232) collected on exports in violation of the Export Clause of the U.S. Constitution.

Government Agency Involved: D O I

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005