FILED
DEC 13 2005
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS
BEFORE: HON. , JUDGE

ORIGINAL

| | |
|---|---|
| CONSOL ENERGY, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No.:<br>**COMPLAINT**<br>05-128 |

## NOTICE OF DIRECTLY RELATED CASES

Pursuant to Rule 40.2, Plaintiff hereby states, upon information and belief, that the above-captioned case is directly related to:

> *Consolidation Coal Company, et al. v. United States*, Fed. Cl. No. 01-254C and *Rapoca Energy Company v. United States*, Fed. Cl. No. 01-442C, decided by Judge Bohdan A. Futey on April 4, 2005;
>
> *Alex Energy, Inc., et al. v. United States*, Fed. Cl. No. 05-929C, assigned to Judge Futey on August 25, 2005; and
>
> *Peabody Holding Company, Inc., et al. v. United States*, Fed. Cl. No. 05-1211T, assigned to Judge Futey on November 17, 2005.

This case involves the same constitutional challenge to 30 U.S.C. § 1232, which was found to violate the Export Clause of the United States Constitution in *Consolidation Coal, supra* and *Rapoca Energy, supra*. Plaintiffs believe that assignment to Judge Futey is likely to conserve judicial resources and promote an efficient determination of the action.

Respectfully submitted,

Steven H. Becker
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 626-4100

Attorneys for Plaintiff

12/9/05
Date

## CERTIFICATE OF SERVICE

I, Danielle Atteritano, certify that I am legal assistant with Baker & McKenzie LLP, located at 1114 Avenue of the Americas, New York, New York, and that on December 12, 2005, I caused to be sent by first class mail a copy of Plaintiff's Statement of Directly Related Cases on the following attorneys:

Luke P. Levasseur, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530

Counsel for Defendant
United States

John Y. Merrell, Jr., Esq.
Merrell & Merrell, P.C.
1477 Chain Bridge Road
Suite 101
McLean, VA 22101

Counsel for Plaintiff
Rapoca Energy Company LLC
f/k/a Rapoca Energy Company

Danielle Atteritano
Danielle Atteritano