**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOL ENERGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-01284C-BAF |
| v. | ) | (Senior Judge Futey) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

To the Clerk:

Please enter the appearance of LUKE LEVASSEUR as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

LUKE LEVASSEUR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Attention: Classification Unit, 8th Floor

s/ Luke Levasseur

LUKE LEVASSEUR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 616-0464
Telecopier: (202) 305-7643

January 3, 2006