# In the United States Court of Federal Claims

**No. 05-01284C**

**(Filed January 5, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CONSOL ENERGY, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Unopposed Motion To Stay Proceedings filed on January 3, 2006, the proceedings are hereby STAYED pending resolution of the *Consolidation Coal* case.

IT IS SO ORDERED.

**s/ Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**