IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOL ENERGY INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-1284C |
| v. | ) | |
| | ) | Sr. Judge Futey |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of TARA K. HOGAN as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-1011
Fax: (202) 514-8624

March 20, 2006

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 20th day of March, 2006 a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan